

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-21-00222-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 448th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| ANGELICA DE LA ROSA, JESUS BENJAMIN BARRAZA, INDIVIDUALLY, JOINTLY, AND ON BEHALF OF AND NEXT OF KIN OF JESUS BARRAZA, A MINOR CHILD, | § | (TC# 2021DCV2414) |
| | | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment dismissing Appellees' claims against El Paso Independent School District for lack of subject matter jurisdiction.

We further order that Appellant recover from Appellees cost of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER 2022.

SANDEE B. MARION Chief Justice (Ret.)

Before Rodriguez, C.J., Alley, J., and Marion, C.J. (Ret.),
Marion, C.J. (Ret.) (Sitting by Assignment)